In the Matter of CHRISTOPHER L., Respondent. ONEIDA COUNTY ATTORNEY, Appellant. [810 NYS2d 703]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered April 13, 2005 in a proceeding pursuant to Family Court Act article 3. The order dismissed the petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.